IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00498-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL MARTINEZ-GARCIA,
    a.k.a. Cesar Estrada-Velez,

    Defendant.

## MINUTE ORDER[1]

    Due to an oversight in resetting the sentencing hearing, the date of April 23, 2013, does not provide the probation department enough time to prepare and submit the presentence report. Therefore, the sentencing hearing of April 23, 2013, should be vacated and reset.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the sentencing hearing set for April 23, 2013, is **VACATED** and is **CONTINUED** pending further order of court;

    2. That on **April 18, 2013**, commencing at 11:00 a.m., the court shall conduct a further telephonic setting conference to reset the sentencing hearing in this matter; and

    3. That the court shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: April 4, 2013.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.